UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – –X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **STIPULATION AND WAIVER** |
| | **OF JURY TRIAL** |
| – against – | |
| | 22-CR-0194 (EK) |
| ANTHONY ROMANELLO, | |
|     also known as "Rom," and | |
| JOSEPH CELSO, | |

Defendants.
– – – – – – – – – – – – – – – – –X

      Pursuant to Rules 23(a) and 32.2(b)(5)(A), of the Federal Rules of Criminal Procedure, the United States of America (the "Government") and the defendant, ANTHONY ROMANELLO, also known as "Rom" (the "defendant"), hereby agree to the following:

      1.    The defendant voluntarily, freely, and without any mental reservation, waives any and all rights he may have under the laws of the United States or the Constitution of the United States to a jury trial on the Criminal Forfeiture Allegation charged in the above-captioned indictment (the "Indictment").

      2.    The Government and the defendant agree that following the guilt phase of the criminal trial and only after the defendant's conviction of the offenses charged in the Indictment, the forfeitability of any assets of the convicted defendant shall be determined by the United States District Judge.

      3.    This waiver is binding on the defendant, and the defendant will not raise any defenses, file an appeal, or otherwise challenge any conviction, sentence, or forfeiture imposed by the Court as concerning any right that he may have to a jury trial on the Criminal Forfeiture Allegation charged in the Indictment.

executed in multiple counterparts with separate signature pages, with all such counterparts and signature pages together to be deemed one and the same original document.

Dated:      Brooklyn, New York
            Nov. 6          , 2023

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney

                              By:       _____
                                        DANA REHNQUIST
                                        IRISA CHEN
                                        REBECCA M. SCHUMAN
                                        *Assistant United States Attorneys*
                                        (718) 254-7000

AGREED AND CONSENTED TO:

Dated:      Brooklyn, New York
            11/6          , 2023

                                        _____
                                        ANTHONY ROMANELLO
                                        *Defendant*

Dated:      Brooklyn, New York
            11/6          , 2023

                                        _____
                                        Gerald J. McMahon, Esq.
                                        *Counsel to Defendant Anthony Romanello*

SO ORDERED AND APPROVED:

Dated:      Brooklyn, New York
            _____, 2023

                                        _____
                                        HONORABLE ERIC R. KOMITEE
                                        UNITED STATES DISTRICT JUDGE
                                        EASTERN DISTRICT OF NEW YORK