GERALD J. MCMAHON
ATTORNEY AT LAW

www.geraldjmcmahon.com
gm@geraldjmcmahon.com

11 BURNHAM COURT
SCOTCH PLAINS, NJ 07076
(908) 347-4670

375 GREENWICH STREET
NEW YORK, NY 10013
(212) 965-4259

April 23, 2024

By ECF

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Anthony Romanello, et al.
        22 Cr. 194 (EK)

Dear Judge Komitee:

    The unhinged screeching of the government prosecutors in their sentencing memoranda does not deserve, and will not receive, a response from Anthony Romanello.

Very truly yours,

*[signature]*

Gerald J. McMahon

GJM:dlg
cc: All Counsel
    (By ECF)