UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                :

      -against-                                  :          22 Cr. 194 (EK)

ANTHONY ROMANELLO,                       :

      Defendant.                                 :

-------------------------------------------------------------x

# ADDITIONAL SENTENCING LETTERS SUBMITTED
# ON BEHALF OF DEFENDANT ANTHONY ROMANELLO

Gerald J. McMahon, Esq.
*Attorney for Defendant Romanello*
11 Burnham Court
Scotch Plains, NJ 07076

# Table of Contents

Page

Letter from Maryann Romanello Vichlenski, defendant's niece..............................15

Letter from James P. Carew, Sr., defendant's relative..............................16

Letter from Megan Carew, defendant's relative..............................17

Letter from Stephanie Robbins, defendant's relative..............................18

Letter from April Marie Fortunato, defendant's neighbor..............................19

To whom it may concern.

I would just like share with the court how significant my Uncle Anthoney Romanello is in my life and my family's life. He's like a second father to me. If I had a problem with my Dad, Uncle Anthoney would be the mediator and smooth things out between us. He's my Dad's brother. Their hobby was to raise pigeons and race them every weekend. The pigeons living quarters, the coup, was always immaculate as well as the birds themselves. My Uncle would drive the birds in their carriers sometimes all the way to Pennsylvania and release the birds to return home to the coup. Then him and his brother would choose which birds would be entered into the race each weekend. My Uncle's whole family and my Grand Father, who introduced his two boys to pigeons, would sit in the yard where they would wait for the birds to arrive and be clocked. Then my father and Uncle Anthoney would go to the Pigeon Club to wait for the results. This was great family bonding and brothers being dedicated to each other.

My children had lots of good times with my Uncle and Aunt. We had big family BBQ's. The kids would be amazed at my Uncle jumping into the pool. we were all very close.

My Uncle served in the Army. He used to drive a tank. I remember when I was a kid, he came home on leave dressed in his uniform and we had a big party.

My Uncle was very good to my kids. My daughter, who was planning her wedding, was helped by him, making all the arrangements with the owner of the venue, who he grew up and went to school with. The food and ambiance was unforgettable.

He was so thoughtful. He always brought special foods we liked when he visited and favorite videos for my two boys which they still talk about.

My Uncle was 19 when I was born. He went to the toy store and bought me an Emmit Kelly clown doll which I still have and display. His generosity is beyond words. When the recession in 2008 affected my husbands contracting business, he made sure we got through it and even asked around and found a few people who needed jobs done. This was extremely hard times for us and his uplifting attitude helped us during this hard time.

My Uncle is a dedicated family man. Always taking time to play with his grandchildren. That is like medicine to him and healthy fun for the kids. He creates such a positive atmosphere in his household and where ever he goes. His laughter is always contagious with his grandchildren. He loves to keep them well stocked with bubble gum. He is so missed at this time and I'm sure he misses all of us.

    Respectfully yours,
Maryann Romanello Vichlenski

04/22/24

Honorable Judge Eric Komitee

United States District Court

Eastern District of NY

Brooklyn, NY

Your Honor,

I have known Anthony J. Romanello for over 38 years. He is my brother-in-law's father and loving grandfather to my nieces and nephews and great grandfather to their children. All he cares about is his family's safety and happiness. Whenever they need anything, he is there for them. He is the patriarch of the family that they look up to and love. He has been a great person to me and my children. He treats them as if they are his own grandchildren and has been nothing but a wonderful and caring person to me and my wife.

Our family has grown up with him through the decades at holiday parties, birthday parties, weddings, christenings, etc... He is always there for our families!

I am asking you to please provide leniency in his sentencing. He is a good man that doesn't deserve to be behind bars for the remainder of his life. He needs to be with his family, grandchildren and great grandchildren.

Thank you for your time and consideration.

Respectfully,

James P. Carew Sr.

1092 Ocean Avenue

Massapequa, NY 11758

917-328-3017 (c)

Megan Carew

Honorable Judge Komitee
United States District Court
Eastern District of NY
Brooklyn, NY

April 22, 2024

Your Honor,

I am writing this letter in regards to Mr. Anthony Romanello. Mr. Romanello is my uncle's father, my aunt's father-in-law and my cousin's grandfather. He has been in my life since the day I was born. He has been nothing but a generous, selfless and kind individual to myself and those around him.

Mr. Romanello has made me feel like a grandchild of his own, even though we are not blood related. We have spent countless holidays, family parties, and a variety of other events together. He makes sure we are all accounted for, well fed, and having a good time. He has such a love for his family, sentencing him at his age and away from his family will be nothing but a disservice to his health and families well being. Incarcerating him will take away someone my family counts on for guidance, laughter, and the missing piece to complete their happiness. Watching him with his kids, grandkids, and great grandchildren makes you think nothing but a devoted man that will do anything for them, and myself at the drop of a dime.

While understanding and being aware of the charges, I am pleading for leniency for the sake of Mr. Romanello and his family. I truly believe that these issues will never come about again. Mr. Romanello deserves to live the rest of his life with those he loves and those that love him. I hope you take this letter into consideration when making your decision. Thank you for your time.

Sincerely,
Megan Carew

17

Dear Honorable Judge Eric R. Komitee,

I am writing this character letter in regards to Mr. Anthony Romanello. I have known Anthony Romanello for 20+ years. He is my cousins' grandfather, my uncle's father. He is a true family man and has always been there for his children, grandchildren and great-grandchildren. He has helped raise and guide upstanding children and grandchildren who are all assets to our society. He has demonstrated to be a pleasant, respected and polite man. He has always welcomed me into his home and family with open arms. We have celebrated many holidays, family birthdays and dinners together.

Incarcerating Anthony Romanello would be damaging to his well being and his family, especially at his age. His family leans on him for guidance and and he plays a large role in their lives. Anthony Romanello deserves to spend the rest of his life with his family.

Thank you for your consideration.

Sincerely,
Stephanie Robbins

18

**April Marie Fortunato**
142 Alhambra Road
Massapequa, NY 11758
(516)481-1480
aprilmarie5@me.com

April 22,2024

**Dear Honorable Judge Komitee,**

My name is April Fortunato and I am writing to you today to tell you about my neighbor Mr. Anthony Romanello. Ten years ago I moved to Franklin Square as a single mother who worked in the medical field as a sonographer and at night was finishing my BA in psychology. Moving into a neighborhood where I didn't know anyone at the time, I felt insecure and it was all I could afford. I met Mr. Romanello the next day and he introduced me to his daughter who to this day is my greatest and best friend. Mr. Romanello always looked out for my daughter and I and he has always treated us like family. He always made sure we were ok and even went as far as to be there when I was running late to get my daughter off the bus as he picked up his grandchildren. Being a single Mom who didn't have family around Mr. Romanello, aka grandpa to my daughter, made us feel so welcomed. We were always welcomed in his home with his wife for dinner and anything we might have needed. If it wasn't for Mr. and Mrs. Romanello I would have never graduated college and my daughter wouldn't have flourished as well as she has. His constant love and support gave us a strong foundation. Mr. Romanello is kind, loving and most of all hearted. My daughter Taylor and I love him so very much and feel lost without him. I hope you can see how much he means to us and what a great man he is.

**Respectfully and Thank you,**

**April Fortunato**

19

Dated: Scotch Plains, New Jersey
April 24, 2024

Respectfully submitted,

*/s/ Gerald J. McMahon*

Gerald J. McMahon, Esq.
*Attorney for Defendant Anthony Romanello*
11 Burnham Court
Scotch Plains, NJ 07076
908.347.4670
gm@geraldjmcmahon.com

cc: All Counsel
(By ECF)